**IT IS ORDERED as set forth below:**

**Date: November 28, 2018**

_____

**Jeffery W. Cavender
U.S. Bankruptcy Court Judge**

_____

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 |
| | ) | |
| CHARLES D. MENSER, JR. | ) | Case No. 18-65681-jwc |
| | ) | |
| | ) | |
| | ) | |
| Debtor. | ) | |
| | ) | |

## ORDER GRANTING EXAMINATION OF PHYLLIS MENSER PURSUANT TO BANKRUPTCY RULE 2004

This matter having come before the Court on the Motion for 2004 Examination of Phyllis Menser (the "Motion") [Doc. No. 23] filed by BC35, LLC ("BC35"), a creditor in the above-styled case; the Court having read and considered the Motion; and for good cause shown; it is hereby

1

**ORDERED** that such Motion is granted to permit, pursuant to Fed. R. Bankr. P. 2004(b), the examination of Phyllis Menser at a mutually agreed time and place. If the parties cannot agree on a mutual time, place, and scope for the production of documents and examination authorized by this Order, such production and examination may be compelled pursuant to Fed. R. Bankr. P. 2004(c) and 9016, subject to the protections afforded to a party subject to a subpoena under Fed. R. Civ. P. 45(d).

**END OF DOCUMENT**

DRAFT ORDER PREPARED AND PRESENTED BY:

**ROGERS LAW OFFICES**

Beth E. Rogers
Georgia Bar No. 612092
James F. F. Carroll
Georgia Bar No. 940350
The Equitable Building
100 Peachtree Street. Suite 1950
Atlanta, Georgia 30303
(770) 685-6320 phone
(678) 990-9959 fax
brogers@berlawoffice.com
*Attorneys for BC35*

**DISTRIBUTION LIST**

Beth E. Rogers
Rogers Law Offices
The Equitable Building
100 Peachtree Street. Suite 1950
Atlanta, Georgia 30303

Office of the United States Trustee
362 Richard Russell Building
75 Ted Turner Drive SW
Atlanta, GA 30303

Edward F. Danowitz
Danowitz Legal, P.C. 300
Galleria Parkway SE
Suite 960
Atlanta, GA 30339-5949
*Attorney for Debtor*

Charles D. Menser, Jr.
4102 Brookview Drive
Atlanta, GA 30339

Phyllis Menser
4102 Brookview Drive
Atlanta, GA 30339

Edwin K. Palmer
P.O. Box 1284
Decatur, GA 30031